UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TESAE HARRINGTON

　　　　Plaintiff,

v.                                                   Civil Action No. 18-CV-1056 (TSC)

SECRETARY OF STATE
ANTHONY BLICKEN

　　　　Defendant,

### PLAINTIFF MOTION ASKING THIS COURT TO GRANT JUDEGMENT AGAINST THE DEFENDANTS FOR SPOLIATION OF EVIDENCE IN THE DISCOVERY REQUEST

I the Pro Se Plaintiff ask this court to grant judgement in my favor in this case due to the Defendant's total disregard for the court order to produce the requested discovery documents. I the Plaintiff have been writing and expressing my frustration for the openly is your face misconduct by the Defendants **SPOLIATION OF DOCUMENTS** for last 7 YEARS NOW.  The FACT OF MATTER IS THAT I THE PLAINTIFF WAS SHUT OUT OF ANY RECOURSE AT THE EEO COUSELING STAGE in 2014. The Defendants intentionally and willfully engaged in conduct that resulted in the loss of multiple electronic documentation that was unfavorable to the Defendants Amerex Rent – A- Car, 710 A2d 846 (D.C. 1998). I ask this court to sanction the US State Department EEO Office for tempering with the EEO Records files and dates and purposely deleting documents or refusing to produce them.

The requested discovery document are very significant to this case. **The Defendants reason for the objection to produce the emails is unacceptable because I the Plaintiff cited the email and its content in my formal complaint filed on 08/27/2014.** Therefor, the Defendants was put on notice to preserve this email as EEO Evidence on 08/27/2014 only two months after my termination which was on June 27, 2014. Please see the Defendants court filing on 08/16/2019 document 22-3 Pages 1-3 (Report of Investigation Page 00019- Page 3 of 5 of Formal Complaint.) Please review bullet point 9-13. Bullet point 11 clearly states that the EMAIL was sent to Aguirre, Cook and Gainor there for the government had 4 ways to retrieve the EEO email and preserve as EEO Evidence.

Please see the Defendants court filing on 08/16/2019 document 22-3 Pages 1-3. Please pay close attention page one is missing from the government EEO File which is also the Report of Investigation in which the State Department EEO Office used to render it decision. It is clear evidence that the government (State Department) started the spoliation of electronic documents prior to the conclusion of the Report of Investigation and the Final Agency Decision. The unreconcilable and unacceptable issue is that the missing document was sent as a PDF attachment to the State Department EEO Database. Therefore, in good faith the State Department should have simply reprinted the missing page. It is factual evidence.

On or before July 16, 2014, I reported to the US EEO Office to file a complaint of discrimination via phone. I received an email confirmation from the US State Department EEO Office. I the Plaintiff recall the EEO Employee that I reported to telling me that she wanted me to be aware that "Although I am filing a charge against employees, I am making a complaint against the "STATE DEPARTMENT AND THEY WILL PROTECT THEMSELVES.

I the Plaintiff was a contract employee for about 15 years at the State Department and I had an impeccable work product and non-blemish work performance and a reputation of someone with GRACE and Class. I had a promising future and plans to be a Foreign Service Officer. In 2007 at time of employment with PM/DTC, I was attending Columbia Union College at the Direction of the Director of the State Department Employee Center. I also, had a Top-Secret Clearance which was higher than the secret clearance needed for the Administrative position.

In the Defendants objection to request of production he claims that " prior to January 1, 2017, the Department of State's central email system did not automatically capture, manage, and preserve all electronic mail messages sent and received by employees on Opened and Class Net sent into a central archive. 5 FAM 443 .2(c). Therefore, prior to January 1, 2017, each employee was required to designate any electronic mail messages for preservation that met the definition of federal records. 5 Fam 443 .2 (e)(3)."

## Conclusion

It was inevitable that this case was going to be decided at the District Court Level. I asked this court to grant I the Plaintiff Summary of Judge fir 500,000 dollars. The EEO Office had a contractual duty to preserve evidence according to 42 USC 2000e – 8(c) and 29 CFR 1602.21 preservation of Records. I have met all the standard in Amerex Rent-A-Car 710 A 2d 846 (DC 1998)

Respectfully Submitted,

Tesae Harrington
703 Dahlia Street NW                                            June 7, 2021
Washington, DC 20012

## Certificate Of Service

I certify that on the June 7, 2021, I served the foregoing upon Plaintiff by sending a copy of the document to the Following Address via email: Joseph.Carilli@usdoj.gov

US District Attorney Office
555 4th Street NW
Washington, DC 20530