UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TESAE HARRINGTON**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-cv-1056 (TSC) |
| ) | |
| **SECRETARY OF STATE**, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion (ECF No. 64), the Court finds that there is no genuine dispute as to any material fact and Defendant is entitled to judgment as a matter of law. Accordingly, Defendant's Cross-Motion for Summary Judgment (ECF No. 51) is hereby GRANTED, and Plaintiff's Motion for Summary Judgment is hereby DENIED. This action is DISMISSED with PREJUDICE pursuant to Federal Rule of Civil Procedure 56.

The Clerk of the Court shall mail a copy of this Order and the accompanying Memorandum Opinion to Plaintiff at her address of record.

**THIS IS A FINAL APPEALABLE ORDER.**

Date: March 1, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge